## J. M. SMITH, ADMINISTRATOR, v. S. T. ROBB.

WRIT OF ERROR. A writ of error is not the remedy for one removed from an administration, who gave no notice of appeal at the time of his removal, and who took no such steps to obtain an appeal or review as are contemplated by the statute.

ERROR from Trinity.    Tried below before the Hon. L. W. Cooper.

*Nunn & Williams,* for plaintiffs in error.

*W. A. Stewart,* for defendant in error.

ROBERTS, C. J.   This is writ of error to revise a decision of the District Court dismissing Smith from the administration of the estate of Forsyth and wife.   The party did not give notice of appeal when the order dismissing him was entered, nor did he take any steps to obtain an appeal or review of the matter decided, as contemplated by the statute in such a case. (Paschal's Digest, pages 1185–6, Articles 5783 to 5791.)

We are of opinion that a writ of error is not a remedy for such a case, and therefore it it is dismissed upon motion for defendant in error.

Dismissed.